UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMY BLEILE,

    Plaintiff,

v.    Case No. 2:16-CV-027-DEJ

JLB OF WHITEWATER, LLC

    Defendant.

## JOINT STIPULATION OF DISMISSAL

    The Plaintiff, Amy Bleile, and Defendant, JLB Of Whitewater, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice as the parties have amicably resolved their differences. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

    WHEREFORE, the parties move this Court for the entry of a Final Order.

    Dated this 14th day of November 2016.

| /s/ *Edward I. Zwilling* | /s/ *Matthew T. Roethe* (w/permission) |
|---|---|
| Edward I. Zwilling, Esq. | Matthew T. Roethe, Esq. |
| ezwilling@szalaw.com | Roethe Pope Roethe LLP |
| Alabama Bar: ASB-1564-L54E | 24 N. Henry Street |
| SCHWARTZ ROLLER & ZWILLING | Edgerton, WI 53534 |
| 600 Vestavia Parkway, Ste 251 | Telephone: 608-884-3391 |
| Birmingham, AL 35216 | Fax: 608-884-7018 |
| 205-822-2701 – Telephone | Email: mtroethe@roethelaw.com |
| 205-822-2702 – Facsimile | |
| | |
| Attorney for Plaintiff, Amy Bleile | Attorney for Defendant, JLB Of Whitewater, LLC |