## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**AMY BLEILE**,

     Plaintiff,

    v.                                   **Case No. 16-CV-27**

**JLB OF WHITEWATER, LLC,**

     Defendant.

---

### ORDER

---

The Parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 28, is approved.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the case is **DISMISSED** with prejudice on the merits and without further costs to either party.

Dated at Milwaukee, Wisconsin, this <u>15th</u> day of November, 2016.


                                       **BY THE COURT:**
                                       *s/ David E. Jones*
                                         DAVID E. JONES
                                         United States Magistrate Judge